CAUSE NO. 2020 CVA 001913 D2

| | | |
|---|---|---|
| JOSE SALDIVAR,<br>*Plaintiff,* | § § § | IN THE DISTRICT COURT |
| v. | § § | 111TH JUDICIAL DISTRICT |
| STRONGWAY, INC, GONCHAR VYACHESLAN and MALIK ABDUL ALEEM, | § § § | |
| *Defendants.* | § | WEBB COUNTY, TEXAS |

# FINAL JUDGMENT AS TO STRONGWAY, INC.

ON THIS, the 16th day of June, 2021 came to be heard the above entitled and numbered cause wherein **JOSE SALDIVAR** was Plaintiff and **STRONGWAY INC. was** Defendant. Defendant having been found to be in default on March 3, 2021, failed to appear a second time, on April 15th, 2021, for hearing on unliquidated damages, despite having notice sent to his last known address and again wholly made default. There after the Court reset the present hearing for June 16, 2021 and again provided notice to last known address. Defendant failed to appear a third time. Plaintiff appeared in person by his Counsel-of-record and announced ready for trial/hearing on unliquidated damages.

The Court having considered and taken notice of all pleadings, return of service affidavit, medical costs affidavits (evidencing the reasonable and necessity of medical bills incurred), repair and value estimates, witness testimony regarding liability and



damages offered and entered into record, finds for the Plaintiff and awards damages as follows:

The Court, after good and sufficient evidence present, makes the following findings and awards damages for in favor of JOSE SALIVAR and ORDERS THAT THE DEFENDANT STRONGWAY INC. IS IN DEBT TO THE PLAINTIFF FOR THE FOLLOWING SUMS:

IT IS, ORDERED, ADJUDGED AND DECREED that JOSE SALDIVAR have and recover of and from **STRONGWAY INC.** the sum of:

1. Reasonable and necessary medical expenses in the past.

    **$41,048.84**

2. Medical expenses reasonably necessary in the future.

    **$129,000.00**

3. Past loss wages.

4. **$ 3000.00**

5. Physical impairment and loss of earning capacity in the future

    **$ 15.000.00**

6. Physical pain and mental anguish suffered in the past.

    **$ 200,000.00**

7. Physical pain and mental anguish suffered in the future.

    **$ 350,000.00**

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that JOSE SALDIVAR have and recover of and from **STRONGWAY INC.** The sum of **$738,048.84** with post-judgment interest thereon at the rate of five PERCENT (5%) per annum from the date of this JUDGMENT until paid.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff JOSE SALDIVAR is allowed such writs and processes which may be necessary in the enforcement to collect on this JUDGMENT including collections from applicable MC 90 motor carrier bond.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that JOSE SALDIVAR claims against StrongWay Inc be severed from the remaining claims and defendants and proceed under cause no _____, the clerk is instructed to transfer filed copies of all pleadings, notices, service returns and affidavit to the new case, cause number.

ANY RELIEF NOT GRANTED IS EXPRESSLY DENIED.

SIGNED FOR ENTRY on this, the 1st day of July, 2021

_____
JUDGE PRESIDING

**COPIES:**
Cary M. Toland, CTOLAND@herrmanandherrman.com
Strongway Inc. via last known address, 3010 Eaton Avenue Ste B North Carolina 28079

A True copy of the original I certify
the ___ day of _____ 20__
ESTHER DEGOLLADO
Clerk of the District Courts and
County Courts at Law Webb County, Texas
By _____ Deputy

**FINAL JUDGMENT**

Page 3 of 3