## USPS CERTIFIED MAIL

MORRIS LAURA ELLEN
HERRMAN AND HERRMAN LLP
1201 3rd St
Corpus Christi, TX 78404



**9414 8149 0178 3989 0244 38**

Armguard Insurance Company
Armguard Insurance Company
16 S River St
Wilkes Barre, PA 18702-2430

Reference 5:        Ltr. to Bond Co



# HERRMAN & HERRMAN
### A Professional Limited Liability Company • Attorneys at Law

The Herrman Bldg.
1201 Third St.
Corpus Christi, TX 78404
Phone (361) 882-4357
Fax (361) 883-7957

Gregory H. Herrman  •  Scott T. Staha  •  Kyzmyck D. Byerly  •  William R. Privette
* Josh W. Hopkins • Steven C. Stratso • Christian Meneses • Jonathan R. Garza
* Cary M. Toland • Lane G. Diamond • Joseph Garza • Jordan Jackson • **Jeffrey R.
Johnson • Ronald T. Hancock • Lauren "Logi" Hamor • Tom Landry • Jason C. Pagel •
Amy B. Schadewald

The MAS Bldg.
855 E Harrison
Brownsville, Tx78520
Phone (956) 561 4029

Of Counsel:  David E. Herrman

January 25, 2022

**Via CM/ERR:  9414 8149 0178 3989 0244 38**
Armguard Insurance Company
16 South River Street
Wilkes-Barre, Pa 18703

Re:    Our Client:        Jose Saldivar
       Your Insured:      Stongway, Inc
       Date of Loss:      September 6 2019
       Your policy no:    NCFR 006575

Re:    Cause No: 2020 CVA 001913 D2; *Jose Saldivar v. Strongway, Inc., et al;* In the
       111th Judicial District Court; Webb County, Texas.

Dear Sir or Madam:

This office represents Jose Saldivar in relation to Cause No: 2020 CVA 001913 D2; *Jose
Saldivar v. Strongway, Inc., et al;* In the 111th Judicial District Court; Webb County, Texas
regarding his claims arising out of a commercial vehicle crash with occurred on September 6,
2019.
    Enclosed please find:

1.  Certification of Defendants last known address
2.  Return of personal service on registered agent for Strongway Inc.
3.  Notice of setting of default judgement hearing on liability
4.  Clerks entry of default judgement
5.  Notice of setting of hearing on un-liquidated damages
6.  Final default judgement
7.  Abstract of Judgment.

Pursuant to MCS – 90 form E and form F, endorsement for motor carrier Policies of
Insurance for public liability sections 29 and 30 of the Motor Carrier Act of 1980, 37 Tex Admin
Code 4.11, Tx DMV form 1899 and as ordered and adjudged upon hearing by the Webb County

Call Herrman and Herrman, First!
www.herrmanndherrman.com
Corpus Christi ❖ McAllen❖ Brownsville ❖ San Antonio
*Board Certified in Personal Injury Law, T.B.L.S.
**Licensed in Texas and Louisiana

District Court 111th Judicial District Demand is hereby respectfully made for $738,048.84 against the policy issued to Strongway Inc.

Drafting instructions are to be made payable to Jose Saldivar and Herrman and Herrman PLLC in the amount of $ 738,048.84 {Seven Hundred and thirty eight thousand and forty eight and 84/XX}.  Our firm's for W9 is attached. If we do not receive timely response, we will move forward with a Federal Declaratory Judgement action and suit to enforce, which will additional costs to resolution and attorney fees, accordingly we look forward to a timely resolution without such necessity.

Sincerely,
**HERRMAN & HERRMAN PLLC**

**Cary M. Toland**

Filed
3/2/2021 10:25 PM
Esther Degollado
District Clerk
Webb District
Yesenia Rodriguez
2020CVA001913D2

**CAUSE NO. 2020 CVA 001913 D2**

| | | |
|---|---|---|
| **JOSE SALDIVAR,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **111ᵀᴴ JUDICIAL DISTRICT** |
| | § | |
| **STRONGWAY, INC, GONCHAR** | § | |
| **VYACHESLAN and MALIK ABDUL** | § | |
| **ALEEM,** | § | |
| *Defendants.* | § | **WEBB COUNTY, TEXAS** |

## <u>NOTICE OF LAST KNOWN ADDRESS FOR DEFENDANT STRONGWAY INC</u>

Plaintiff Jose Saldivar certifies the last known address of Defendant, Stongway Inc  is as follows:   physical address of operations:  3010 Eaton Avenue Ste B North Carolina 28079, and mailing address for registered agent Yefim Andreyevich Nagornyy, is 1005 Brookhollow Ct. Indian Trail North Carolina 28079.  The last known address' are further demonstrated in *Exhibit A, USDOT SAFER WEB Company snapshot*; *Exhibit  B, North Carolina Secretary of State corporate search results*; *Exhibit C, transport Solution DOT search results* and lastly *Exhibit D, Police report of the crash made the basis of this lawsuit*.

The return of service demonstrates that the registered agent Yefim Andreyevich Nagornyy was personally served at the physical address 3010 Eaton Avenue Ste B North Carolina 28079.  *See file stamped copy of return of service filed December 28 2020 with affidavit demonstrating personal service.*

Respectfully Submitted,

HERRMAN & HERRMAN, PLLC

The Herrman Building
1201 Third Street
Corpus Christi, Texas 78404
(361) 882-4357
(361) 883-7957
ctoland@herrmanandherrman.com

By: ___/s/__ *Cary M Toland*_____
Cary M. Toland
State Bar No. 00725112

E-Service Email:litigation@herrmanandherrman.com

12/1/2020                                    SAFER Web - Company Snapshot STRONGWAY INC

USDOT Number ○ MC/MX Number ○ Name
Enter Value: 03077818

Search

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

**_Company Snapshot_**
**STRONGWAY INC**
USDOT Number: 3077818

Other Information for this
Carrier
_____

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 11/30/2020.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | | | |
|---|---|---|---|
| Entity Type: | CARRIER | | |
| Operating Status: | AUTHORIZED FOR PROPERTY | Out of Service Date: | None |
| Legal Name: | STRONGWAY INC | | |
| DBA Name: | | | |
| Physical Address: | 3010 EATON AVENUE SUITE B<br>INDIAN TRAIL, NC  28079 | | |
| Phone: | (980) 308-9594 | | |
| Mailing Address: | 3010 EATON AVENUE SUITE B<br>INDIAN TRAIL, NC  28079 | | |
| USDOT Number: | 3077818 | State Carrier ID Number: | |
| MC/MX/FF Number(s): | MC-64911 | DUNS Number: | 93-641-711 |
| Power Units: | 12 | Drivers: | 11 |
| MCS-150 Form Date: | 08/07/2020 | MCS-150 Mileage (Year): | 900,000 (2020) |

**Operation Classification:**

| | | |
|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | X Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**Exhibit A**

12/1/2020

SAFER Web - Company Snapshot STRONGWAY INC

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to: 11/30/2020**

Total Inspections: 43
Total IEP Inspections: 0
**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 29 | 43 | 0 | 0 |
| Out of Service | 5 | 8 | 0 | 0 |
| Out of Service % | 17.2% | 18.6% | % | 0% |
| Nat'l Average % as of DATE 10/30/2020* | 20.65% | 5.13% | 4.43% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

**Crashes reported to FMCSA by states for 24 months prior to: 11/30/2020**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 3 | 3 |

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | **Safety Rating**

**Canadian Inspection results for 24 months prior to: 11/30/2020**

Total inspections: 0
**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 11/30/2020**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

**The rating below is current as of: 11/30/2020**

**Review Information:**

| Rating Date: | None | Review Date: | 09/29/2020 |
|---|---|---|---|
| Rating: | None | Type: | Compliance Review |

12/1/2020

SAFER Web - Company Snapshot STRONGWAY INC

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

Home / U.S. / North Carolina / Indian Trail

# STRONGWAY INC

North Carolina Secretary Of State Business Registration · Updated 12/16/2017

Sponsored Links



SUBLOCADE (extended-release buprenorphine) injection for subcutaneous use @ 100mg-300mg

ADDICTED TO OPIOIDS?
DON'T GIVE UP

**LEARN MORE**

Before receiving SUBLOCADE only a vein (intravenously), in the only available through a restricted program called the SUBLOCADE REMS Program.
• SUBLOCADE is not available in retail pharmacies.
• Your SUBLOCADE injection will only be given to you by a certified healthcare provider.
In an emergency, you or your family should tell the emergency Full Prescribing Information, including **BOXED WARNING**, and Medication Guide

## Company Information

| | |
|---|---|
| Company Name: | STRONGWAY INC |
| File Number: | 1645226 |
| Filing State: | North Carolina (NC) |
| Filing Status: | Current-Active |
| Filing Date: | December 14, 2017 |

**Write Review**   **Upgrade**   **Claim**

Strongway Inc is a North Carolina Business Corporation filed on December 14, 2017. The company's filing status is listed as Current-Active and its File Number is 1645226.

The Registered Agent on file for this company is Nagornyy, Yefim Andreyevich and is located at 1005 Brookhollow Ct, Indian Trail, NC 28079. The company's mailing address is 1005 Brookhollow Ct, Indian Trail, NC 28079.

The company has 1 principal on record. The principal is Yefim Andreyevich Nagornyy from Indian Trail NC.

Like 32K

Sponsored Links

# Exhibit B

## Company Information

| | |
|---|---|
| Company Name: | STRONGWAY INC |
| File Number: | 1645226 |
| Filing State: | North Carolina (NC) |
| Filing Status: | Current-Active |
| Filing Date: | December 14, 2017 |
| Company Age: | 3 Years |
| Registered Agent: | Nagornyy, Yefim Andreyevich<br>1005 Brookhollow Ct<br>Indian Trail, NC 28079 |
| Mailing Address: | 1005 Brookhollow Ct<br>Indian Trail, NC 28079 |

12/1/2020                                Strongway, Inc. USDOT 3077818 - Indian Trail, North Carolina Trucking Company

 (https://www.quicktransportsolutions.com/index.php)

# Strongway, Inc. (North Carolina Transport Company)

Home (/index.php)
  / USA Trucking Companies (https://www.quicktransportsolutions.com/carrier/usa-trucking-companies.php)
  / North Carolina (https://www.quicktransportsolutions.com/carrier/northcarolina/trucking-companies.php)
  / Indian Trail (https://www.quicktransportsolutions.com/carrier/northcarolina/indian-trail.php)
  / Strongway, Inc.

## Company Overview

Strongway, Inc. is an active operating under USDOT Number 3077818 and MC Number 64911.

| | |
|---|---|
| **Total Trucks** | 18 |
| **Tractors Owned** | 12 |
| **Trailer Owned** | 1 |
| **Total Drivers** | 22 |
| **USDOT (UNIQUE IDENTIFIER FOR TRANSPORT COMPANIES OPERATING COMMERCIAL VEHICLES HAULING CARGO IN INTERSTATE COMMERCE REGISTERED WITH THE FMCSA)** | 3077818 |
| **MC NUMBER (MOTOR CARRIER NUMBER IDENTIFIES A CARRIER TRANSPORTING REGULATED COMMODITIES IN INTERSTATE COMMERCE)** | 64911 |
| **MCS-150 Mileage Year** | 2020 |
| **MCS-150 DATE (DATE FROM THE MCS-150 REGISTRATION FORM.)** | 20200807 |
| **MCS-150 MILEAGE (MILEAGE FROM THE MCS-150 REGISTRATION FORM.)** | 900000 |
| **Does Strongway, Inc. transport Hazardous Material?** | No |
| **Carrier Operation (Interstate - Truck driver transports across State lines, or wholly within one State as part of a through movement that originates or terminates in another State. Intrastate - Truck driver transports wholly within one State.)** | Interstate |
| **Strongway, Inc. in business since** | 20171214 |

## Exhibit C

Strongway, Inc. USDOT 3077818 - Indian Trail, North Carolina Trucking Company





THE ALL-NEW
**ESCALADE**

**STEP INTO THE SPOTLIG
WITH SCENE-STEALING LU**

## Company Contact Info

**Strongway, Inc.**
**3010 Eaton Avenue Suite B**
**Indian Trail, NC 28079**
📱 (Strongway, Inc. Phone) 980-308-9594 (tel:9803089594)

## Cargo Hauled by Strongway, Inc.

General Freight
Metal Sheet
Building Materials
USMail
DryBulk
Paper Products
Agricultural Farm Supplies

## Do you operate Strongway, Inc. business?

QuickTSI will provide this website/profile as a **marketing platform for Strongway, Inc..** Let potential
shippers learn more about Strongway, Inc.. QuickTSI will publish Strongway, Inc.. business information here.

Submit Information



## Strongway, Inc. Safety Measurement System Data

Last Updated Nov 2020

| | |
|---|---|
| Total Number of Inspections for the measurement period (24 months) | 37 |
| Total Number of Driver Inspections for the measurment period | 37 |
| Total Number of Driver Inspections containing at least one Driver Out-of-Service Violation | 8 |
| Total Number of Vehicle Inspections for the measurement period | 23 |
| Total Number of Vehicle Inspections containing at least one Vehicle Out-of-Service violation | 4 |

### Strongway, Inc. Unsafe Truck Driving Data

| | |
|---|---|
| Number of inspections with at least one Unsafe Driving BASIC violation | 9 |
| Unsafe Driving BASIC Roadside Performance Measure Value | 7.02 |
| Unsafe Driving BASIC Acute/Critical Indicator (Yes = Acute/Critical from investigation within previous 12 months) | No |

Strongway, Inc. USDOT 3077818 - Indian Trail, North Carolina Trucking Company



# CDL-A Drivers Needed

**Highest Pay, Great Benefits, & Excellent Home Time - Up To $10,000 Sign On Bonus**

ultimatetruckingjobs.com                         OPEN

---

### Strongway, Inc. Hours-of-Service (HOS) Data

| | |
|---|---|
| Number of inspections with at least one Hours-of-Service BASIC violation | 11 |
| Hours-of-Service (HOS) Compliance BASIC Roadside Performance measure value | 2.65 |
| Hours-of-Service (HOS) Compliance BASIC Acute/Critical Indicator (Yes = Acute/Critical from investigation within previous 12 months) | No |

### Strongway, Inc. Truck Driver Fitness Data

| | |
|---|---|
| Number of inspections with at least one Truck Driver Fitness BASIC violation | 2 |
| Truck Driver Fitness BASIC Roadside Performance measure value | .7 |
| Truck Driver Fitness BASIC Serious Violation Indicator (Yes = Acute/Critical from investigation within previous 12 months) | No |

Profess·      ·
CDL Dri
Needec

An employm
resource tha
completely f
drivers to us

Trucker Search                                              (

12/1/2020                    Strongway, Inc. USDOT 3077818 - Indian Trail, North Carolina Trucking Company

## Strongway, Inc. Controlled Substances and Alcohol Data

Number of inspections with at least one Controlled Substances and Alcohol BASIC violation                    1

Number of inspections with at least one Controlled Substances and Alcohol BASIC violation                    .41

Controlled Substances and Alcohol BASIC Acute/Critical Indicator (Yes = Acute/Critical from              No
investigation within previous 12 months)

## Strongway, Inc. Vehicle Maintenance Data

Number of inspections with at least one Vehicle Maintenance BASIC violation                    13

Vehicle Maintenance BASIC Roadside Performance measure value                    5.93

Vehicle Maintenance BASIC Acute/Critical Indicator (Yes = Acute/Critical from investigation within       No
previous 12 months)

## Strongway, Inc. Location on Google Map



12/1/2020                    Strongway, Inc. USDOT 3077818 - Indian Trail, North Carolina Trucking Company

Add Your Trucking Company (https://www.quicktransportsolutions.com/truckingcompany/listing/carrierregister.php)

Add Freight Broker Company (https://www.quicktransportsolutions.com/freightbrokers/postbroker.php)

Find Loads/Trucks (https://www.quicktransportsolutions.com/quickfreight/loadboard/truckloads/california.php)

Search Trucking Companies (https://www.quicktransportsolutions.com/quickfreight/loadboard/carrier-searchby-citystate.php)

Refrigerated Trucking Companies (https://www.quicktransportsolutions.com/refrigerated-trucking-companies/reefercities.php)

FMCSA Cerified Medical Examiners
CDL Physical Exam Locations (https://www.quicktransportsolutions.com/certified-medical-examiners/national-registry.php)

Freight Factoring Companies (https://www.quicktransportsolutions.com/freight-factoring-companies.php)

Need Cash Now!
Ready to grow your Business? (https://www.quicktransportsolutions.com/factoring/index.html)

Truck Driving Schools (https://www.quicktransportsolutions.com/truck-driving-training-schools/states.php)

Truck Stops (https://www.quicktransportsolutions.com/truckstops/truckstopstates.php)

Truck & Trailer Wash Locations (https://www.quicktransportsolutions.com/truck-trailer-wash-locations/ttw-states.php)

Daily Fuel Prices (https://www.quicktransportsolutions.com/gasprices.php)

Freight Forwarders (https://www.quicktransportsolutions.com/freightforwarder/states.php)

Process Agents (https://www.quicktransportsolutions.com/processagent/list-states.php)

Truck Service & Repair Companies (https://www.quicktransportsolutions.com/trucks/servicerepair/maintainence-states.php)

Cargo Insurance (https://www.quicktransportsolutions.com/truckcargoinsurance/companies.php)

Trucking News (https://www.quicktransportsolutions.com/blogs/info.php)

Trucking Resources (https://www.quicktransportsolutions.com/resources.php)

Truck Driving and
Computer Science Scholarships (https://www.quicktransportsolutions.com/truck-driving-computer-science-scholarships/)

Green Transport (https://www.quicktransportsolutions.com/logistics/greentransport.php)

Trucking Freight Glossary (https://www.quicktransportsolutions.com/trucking-freight-glossary.php)

A/R Collection Companies (https://www.quicktransportsolutions.com/accounts-receivable-debt-collection-companies.php)

Drug & Alcohol Random Programs (https://www.quicktransportsolutions.com/drug-alcohol-random-programs.php)

DOL Trucking Jobs Report (https://www.quicktransportsolutions.com/truckdriving-jobs/2015/report.php)

12/1/2020                     Strongway, Inc. USDOT 3077818 - Indian Trail, North Carolina Trucking Company



## About QuickTSI

QuickTSI is your one-stop-shop for everything you need to run your transportation and freight logistics business. Our website allows you to post load or find trucks, post trucks or find loads, look up carrier profiles, view trucking companies, find truck driving jobs, and DOT medical examniers.

Mailing Address

**Quick Transport Solutions, Inc.**
11501 Dublin Blvd. Suite 200
Dublin, CA 94568

Contact Us (https://www.quicktransportsolutions.com/contactus/info.php)

📱 **510-887-9300**
📠 **510-284-7280**

Terms & Conditions (https://www.quicktransportsolutions.com/terms_conditions.php)    Privacy Policy (https://www.quicktransportsolutions.com/policy/privacy.php)

© 2011-2020 Quick Transport Solutions Inc.

**TCI Business Capital - Top Trucking Factoring Company**
Ad tcicapital.com

**Great Benefits & Overtime**
Ad Trucker Search

**Court Records: 3 Sources**
Ad checkpeople.com

**Kenneth D Jewell Logging USDOT 479771 - Watson,…**
quicktransportsolutions.com

**Forrest Hodges Logging USDOT 2156905 - Alto,…**
quicktransportsolutions.com

**Vld Truck And Tractor USDOT 1910731 - El Paso, Tex**
quicktransportsolutions.com

**Get a free DOT numbe day - No purchase nec**
Ad americancarrierservices.com

**Craven Logging LLC L 3362495 - Amity, Arkar**
quicktransportsolutions.com

| ☐ FATAL | ☒ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE | Total Num. Units | 2 | Total Num. Prsns. | 2 | TxDOT Crash ID | 17294497.1 /2019454176 |

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

### IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) 0 9 / 0 6 / 2 0 1 9 | *Crash Time (24HRMM) 1 5 0 0 | Case ID | | Local Use | |
|---|---|---|---|---|---|
| *County Name WEBB | | *City Name | | | ☒ Outside City Limit |

| In your opinion, did this crash result in at least $1,000 damage to any one person's property? | ☒ Yes ☐ No | Latitude (decimal degrees) 2 7 . 7 5 1 5 0 8 | Longitude — (decimal degrees) 0 9 9 . 6 3 1 0 5 7 |
|---|---|---|---|

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. SH | *Hwy. Num. 255 | 2 Rdwy. Part 1 | Block Num. | 3 Street Prefix | *Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|

| ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot | Toll Road/ Toll Lane | Speed Limit 70 | Const. Zone ☐ Yes ☒ No | Workers Present ☐ Yes ☒ No | Street Desc. |
|---|---|---|---|---|---|

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☒ Yes ☐ No | 1 Rdwy. Sys. FM | Hwy. Num. 3338 | 2 Rdwy. Part 1 | Block Num. | 3 Street Prefix | Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker | ☐ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | Reference Marker | Street Desc. | RRX Num. |
|---|---|---|---|---|---|

### VEHICLE, DRIVER, & PERSONS

| Unit Num. 1 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State NC | LP Num. NH6345 | VIN 3 A K J G L D 5 2 G S G U 1 0 3 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 6 | 6. Veh. Color WHI | Veh. Make FREIGHTLINER | Veh. Model CASCADIA 125 | 7 Body Style TT | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 2 | DL/ID State NC | DL/ID Num. 000022213351 | 9 DL Class 98 | 10 CDL End. 98 | 11 DL Rest. 98 | DOB (MM/DD/YYYY) 0 8 / 1 0 / 1 9 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 9951 Kilternan RD Pineville, NC 28134

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Aleem, Malik Abdul | N | 39 | 98 | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address Strongway Inc, 1005 Brookhollow CT Indian Inc, NC 28079 |
|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 2 | Fin. Resp. Name National Union Fire Insurance | Fin. Resp. Num. CA3761762 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. (212) 7707000 | 27 Vehicle Damage Rating 1 0 | 27 Vehicle Damage Rating 2 4 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By | | Towed To | |
|---|---|---|---|

| Unit Num. 2 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State TN | LP Num. U974577 | VIN 1 G R A P 0 6 2 6 D T 5 2 7 8 4 5 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 1 3 | 6. Veh. Color WHI | Veh. Make GREAT DANE TRAILERS | Veh. Model UNKNOWN | 7 Body Style TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

| ☐ Owner ☒ Lessee | Owner/Lessee Name & Address Vyacheslan, Gonchar, 4525 Hardin Pike Ste 200 Nashville, TN 37205 |
|---|---|

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 2 | Fin. Resp. Name AmGUARD Insurance Company | Fin. Resp. Num. NCFR 006575 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. 855-604-9178 | 27 Vehicle Damage Rating 1 4 - R B Q - 2 | 27 Vehicle Damage Rating 2 | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By | | Towed To | |
|---|---|---|---|

# Exhibit D

Law Enforcement and TxDOT Use Only
Form CR-3 (Rev. 1/1/2018)

Case ID

Crash ID  17294497.1/2019454176

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | Failed To Yield At Stop Intersection (TXTRC 545.151(A)) | TX5JOG0JKCA2 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. [x] 10,001+ LBS. [ ] TRANSPORTING HAZARDOUS MATERIAL [ ] 9+ CAPACITY  CMV Disabling Damage? [ ]Yes [x]No  28 Veh. Oper. 1  29 Carrier ID Type 1  Carrier ID Num. 03077818

Carrier's Corp. Name Strongway Inc   Carrier's Primary Addr. 1005 Brookhollow CT Indian Inc, NC 28079   30 Veh. Type 9

31 Bus Type 0  [x]RGVW [ ]GVWR 8|0|0|0|0  HazMat Released [ ]Yes [ ]No  32 HazMat Class Num.  HazMat ID Num.  32 HazMat Class Num.  HazMat ID Num.  33 Cargo Body Type 3

Unit Num. 2  [ ]RGVW [ ]GVWR 8|0|0|0|0  34 Trlr. Type 2  CMV Disabling Damage? [ ]Yes [x]No  Unit Num.  [ ]RGVW [ ]GVWR  34 Trlr. Type  CMV Disabling Damage? [ ]Yes [ ]No

Sequence Of Events 35 Seq. 1  13  35 Seq. 2  35 Seq. 3  35 Seq. 4  Intermodal Shipping Container Permit [ ]Yes [x]No  Actual Gross Weight  Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 35 | | | | 1 | 1 | 4 | 2 | 1 | 1 | 8 |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Unit 1 towing Unit 2 was traveling south on FM-3338. Unit 3 towing Unit 4 was traveling east on the outside lane of SH-255. Unit 1 towing Unit 2 failed to yield the right of way at the stop sign traveling across the intersection. The driver of Unit 3 towing Unit 4 tried to avoid colliding with Unit 2 by steering to the left and traveling through the inside lane. Unit 3 struck Unit 2 on its back right side causing damages to Unit 2. Unit 3 sustained damages to its front right distributed. Unit 1 towing Unit 2 came to rest on the main lane of travel on FM-3338 facing south. Unit 3 towing Unit 4 came to rest on the improved shoulder of FM-3338 facing north.

Field Diagram - Not to Scale



Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 1|5|0|3  How Notified Dispatched  Time Arrived (24HR:MM) 1|5|1|7  Report Date (MM/DD/YYYY) 09/06/2019

Invest. Comp. [x]Yes [ ]No  Investigator Name (Printed) MARTINEZ JR, GUSTAVO C   ID Num. 14968

ORI Num. T|X|D|P|S|3|7|0|0  *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS  Service/Region/DA H|P|3|B|0|1

Law Enforcement and TxDOT Use Only

☐ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 2 | Total Num. Prsns. | 2 | TxDOT Crash ID | 17294497.1 /2019454176 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page _3_ of 4

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY)  09 / 06 / 2019   *Crash Time (24HRMM)  1 5 0 0   Case ID _____   Local Use _____

*County Name  WEBB   *City Name _____   ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property?  ☒ Yes ☐ No   Latitude (decimal degrees)  2 7 . 5 9 5 9 5   Longitude (decimal degrees)  0 9 9 . 6 3 0 5 7

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.  SH   *Hwy. Num.  255   2 Rdwy. Part  1   Block Num. _____   3 Street Prefix _____   *Street Name _____   4 Street Suffix _____

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/Toll Lane   Speed Limit  70   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc. _____

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☒ Yes ☐ No   1 Rdwy. Sys.  FM   Hwy. Num.  3338   2 Rdwy. Part  1   Block Num. _____   3 Street Prefix _____   Street Name _____   4 Street Suffix _____

Distance from Int. or Ref. Marker _____  ☐ FT ☐ MI   3 Dir. from Int. or Ref. Marker _____   Reference Marker _____   Street Desc. _____   RRX Num. _____

## VEHICLE, DRIVER, & PERSONS

Unit Num.  3   5 Unit Desc.  1   ☐ Parked Vehicle   ☐ Hit and Run   LP State  TX   LP Num.  LMM2563   VIN  3 C 6 U R 5 H L 1 F G 6 8 6 8 5 5

Veh. Year  2 0 1 5   6. Veh. Color  WHI   Veh. Make  DODGE   Veh. Model  RAM 2500   7 Body Style  PK   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  1   DL/ID State  TX   DL/ID Num.  28390157   9 DL Class  C   10 CDL End.  96   11 DL Rest.  A   DOB (MM/DD/YYYY)  0 3 / 0 1 / 1 9 9 1

Address (Street, City, State, ZIP)  361 CR 321  Alice, TX 78332

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Saldivar, Jose Alfredo | N | 28 | H | M | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  LUERA'S WELDING SERVICE INC, 3869 W HWY 44  Alice, TX 78332

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type  2   Fin. Resp. Name  National Union Fire Insurance   Fin. Resp. Num.  CA3761762

Fin. Resp. Phone Num.  212-770-7000   27 Vehicle Damage Rating 1  1 1 - F R - 4   27 Vehicle Damage Rating 2 _____   Vehicle Inventoried ☐ Yes ☒ No

Towed By  Danny's Wrecker service   Towed To  3193 W HWY 44, Alice, TX, 78332

## VEHICLE, DRIVER, & PERSONS

Unit Num.  4   5 Unit Desc.  6   ☐ Parked Vehicle   ☐ Hit and Run   LP State  TX   LP Num.  88459J   VIN _____

Veh. Year  2 0 0 3   6. Veh. Color  RED   Veh. Make  HOMEMADE VEHICLE   Veh. Model  UNKNOWN   7 Body Style  TL   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type _____   DL/ID State _____   DL/ID Num. _____   9 DL Class _____   10 CDL End. _____   11 DL Rest. _____   DOB (MM/DD/YYYY) _____

Address (Street, City, State, ZIP) _____

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee  Owner/Lessee Name & Address  Luera, Agapito, 3219 HWY 44  Alice, TX 78332

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type  2   Fin. Resp. Name  National Union Fire Insurance   Fin. Resp. Num.  CA3761762

Fin. Resp. Phone Num.  212-770-7000   27 Vehicle Damage Rating 1 _____ - _____ - _____   27 Vehicle Damage Rating 2  0 _____ - _____ - _____   Vehicle Inventoried ☐ Yes ☒ No

Towed By  Danny's Wrecker service   Towed To  3193 W HWY 44, Alice, TX, 78332

Copy from Custodial File

Law Enforcement and TxDOT Use Only  
Form CR-3 (Rev. 1/1/2018)

Page 4 of 4

Case ID

TxDOT Crash ID   17294497.1/2019454176

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |

| 31 Bus Type | ☐ RGVW ☐ GVWR | | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| | 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened  
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM)  1 5 0 3

How Notified Dispatched

Time Arrived (24HRMM)  1 5 1 7

Report Date (MM/DD/YYYY)  0 9 / 0 6 / 2 0 1 9

Invest. Comp.  ☒ Yes  ☐ No

Investigator Name (Printed) MARTINEZ JR, GUSTAVO C

ID Num.  14968

ORI Num.  T X D P S 3 7 0 0

*Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS

Service/ Region/DA  H P 3 B 0 1

Filed
12/28/2020 12:00 AM
Esther Degollado
**RETURN** District Clerk
Webb District
2020CVA001913D2
Yesenia Rodriguez
2020CVA001913D2

## CITATION
### PLAINTIFF'S FIRST AMENDED PETITION

THE STATE OF TEXAS

COUNTY OF WEBB

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU."

TO:  STRONGWAY INC
BY SERVING REGISTERED AGENT: YEFIM ANDREYEVICH NAGORNYY
1005 BROOKHOLLOW CT
INDIAN TRAIL NC  28079

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2020CVA001913D2, styled:
### JOSE SALDIVAR, PLAINTIFF
### VS.
### STRONGWAY INC, MALIK ABDUL ALEEM AND GONCHAR VYACHESLAN,
### DEFENDANTS
Said Plaintiff's Petition was filed on 10/30/2020 in said court by:
CARY M TOLAND, ATTORNEY FOR PLAINTIFF
1201 THIRD STREET
CORPUS CHRISTI TX  78404

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 2nd day of November, 2020.

### C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _Sara Lopez_                              DEPUTY
        Sara Lopez

CALENDAR CALL HEARING SET FOR
01/04/2021 @ 11AM

2020CVA001913D2

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2020 at
_____        O'CLOCK        _____.M.        Executed        at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2020, by delivering to the within named
**STRONGWAY INC,** each, in person, a true copy of this citation
together with the accompanying copy of the petition, having
first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of
delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation     $ _____.

To certify which, witness my hand officially.

                                    _____
                                    SHERIFF, CONSTABLE

                                    _____ COUNTY, TEXAS

                           BY _____
                                              DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB    }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the
_____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

                                    _____
                                           NOTARY PUBLIC
                                    MY COMMISSION EXPIRES

                                    _____

## AFFIDAVIT OF SERVICE

State of Texas                    County of Webb                    111th Judicial District Court

Case Number: 2020CVA001913D2

Plaintiff:
**Jose Saldivar**

vs.

Defendant:
**Strongway, Inc., Gonchar Vyacheslan and Malik Abdul Aleem**

Received by David Williams on the 19th day of November, 2020 at 1:25 pm to be served on **Strongway, Inc by serving its registered agent, Yefim Andreyevich Nagornyy, 1005 Brookhollow Ct., Indian Trail, NC 28079.**

I, David Williams, being duly sworn, depose and say that on the **11th day of December, 2020 at 4:03 pm, I:**

served by delivering a true copy of the **Citation and Plaintiff's First Amended Original Petition** with the date of service endorsed thereon by me, to: **Yefim Andreyevich Nagornyy as Registered Agent for Strongway, Inc** at the address of: **3010 Eaton Ave., Indian Trail, NC 28079**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18 and have no interest in the above action, and am authorized to serve process in the judicial district where documents were served.

```
EMILY E ROSE
Notary Public, North Carolina
Union County
My Commission Expires
March 11, 2022
```

Subscribed and Sworn to before me on the _17th_
day of _December_, _2020_ by the affiant
who is personally known to me.

_Emily E. Rose_
NOTARY PUBLIC

_David Williams_
**David Williams**
Process Server

**Magee Litigation Support, Inc.**
**20770 U.S. 281 North**
**#108-177**
**San Antonio, TX 78258**
**(830) 980-2500**

Our Job Serial Number: LAM-2020002139

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1z



# MONICA Z. NOTZON

## State District Judge
111th Judicial District Court
1110 Victoria Street, Ste. 301
Laredo, Texas 78040

Tel. (956) 523-4230
Fax (956) 523-5088

June 02, 2021

RE:    Cause No. 2020CVA001913D2

JOSE SALDIVAR
VS.
STRONGWAY INC, MALIK ABDUL ALEEM, GONCHAR VYACHESLAN

In the 111th District Court, Webb County, Texas

Dear Counsel:

Please be advised that the above-referenced is set for Default on Liability and Liquidated Damages Hearing set for on this the 16th day of June, 2021 at 9:00 AM at the 111th Judicial District Court.

Should you have any questions, please feel free to contact our office.

Sincerely,

Abel Soliz
Civil Court Coordinator
111th District Court

ATTORNEY CARY M. TOLAND (361) 883-7957

MAILED TO:
STONGWAY INC. C/O YEFIM ANDREYEVICH NAGORNYY 3010 EATON AVE. INDIAN
TRIAL, NC. 28079

https://publicaccess.webbcountytx.gov/PublicAccess/CaseDetail.aspx?CaseID=904515

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search Back          Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2021CVA001362D2

| | | |
|---|---|---|
| JOSE SALDIVAR VS. STRONGWAY INC. | § § § § § | Case Type: **Injury or Damage - Motor Vehicle** <br> Subtype: **Motor Vehicle Accident** <br> Date Filed: **07/19/2021** <br> Location: **--111th District Court** |

| RELATED CASE INFORMATION |
|---|

**Related Cases**
  2020CVA001913D2 (Other)

| PARTY INFORMATION |
|---|

| | | Attorneys |
|---|---|---|
| **Defendant** | STRONGWAY INC. | |
| **Plaintiff** | SALDIVAR, JOSE | |

| EVENTS & ORDERS OF THE COURT |
|---|

| | |
|---|---|
| 07/19/2021 | **DISPOSITIONS** <br> **Final Judgment After Non-Jury Trial** (Judicial Officer: Notzon, Monica Z.) |
| | **OTHER EVENTS AND HEARINGS** |
| 10/30/2020 | **Amended Petition** <br> *PLAINTIFF'S FIRST AMENDED PETITION* |
| 11/02/2020 | **Citation-Issuance** <br> *(2) CITATIONS ISSUED AS TO STRONGWAY INC. (PLACED IN PRIVATE SERVER BASKET READY FOR PICK UP)* |
| 12/28/2020 | **Citation Return-Executed** <br> *CITATION RETURN EXECUTED AS TO STRONGWAY INC DATE OF SERVICE 12/11/20.* |
| 03/02/2021 | **Notice-Miscellaneous** <br> *NOTICE OF LAST KNOWN ADDRESS FOR DEFENDANT STRONGWAY INC.; ATTACHED EXHIBITS A,B,C,D* |
| 03/02/2021 | **Proposed Order** <br> *PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO LIABILITY ONLY AGAINST DEFENDANT STRONGWAY INC. AND SETTING FOR HEARING ON UN-LIQUIDATED DAMAGES SENT TO COURT COORDINATOR.* |
| 03/05/2021 | **Order-Miscellaneous** <br> *ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO LIABILITY ONLY AGAINST DEFENDANT STRONWAY INC AND SETTING HEARING ON UN-LIQUIDATED DAMAGES FOR 04/15/21 AT 9:00 AM SIGNED* |
| 03/11/2021 | **Proposed Order** <br> *PROPOSED FINAL JUDGMENT AS TO STRONGWAY, INC. SENT TO COURT COORDINATOR.* |
| 06/23/2021 | **Proposed Order** <br> *PROPOSED FINAL JUDGMENT WITH NUMBERS FROM HEARING RECEIVED/SENT TO COURT COORDINATOR.* |
| 06/23/2021 | **Proposed Order** <br> *PROPOSED FINAL JUDGMENT (BLANK) RECEIVED/SENT TO COURT COORDINATOR.* |
| 07/06/2021 | **Judgment-Final Judgment** <br> *FINAL JUDGMENT AS TO STRONGWAY, INC. SIGNED BY JUDGE MONICA Z. NOTZON ON 7/1/21. CERTIFIED COPY MAILED TO ATTORNEY CARY M. TOLAND; DEFENDANT STRONGWAY INC* |
| 07/19/2021 | **Civil Case Filed (OCA)** |
| 07/19/2021 | **Original Petition** <br> *FINAL JUDGMENT AS TO STRONGWAY, INC. (DV)* |
| 07/21/2021 | **Notes-Miscellaneous** <br> *CERTIFIED COPY MAILED TO ATTORNEY CARY TOLAND; DEFENDANT STRONGWAY INC.* |
| 12/02/2021 | **Atty Request - Issuance** <br> *LETTER FROM ATTORNEY CARY M. TOLAND - REQUESTING ABSTRACT* |
| 12/03/2021 | **Abstract Of Judgment** <br> *ABSTRACT OF JUDGMENT ISSUED AS TO STRONGWAY INC. MAILED AS TO ATTORNEY CARL M. TOLAND PLACED IN THE OUTGOING MAIL.* |



# MONICA Z. NOTZON

### State District Judge

111th Judicial District Court
1110 Victoria Street, Ste. 301
Laredo, Texas 78040

Tel. (956) 523-4230
Fax (956) 523-5088

April 15, 2021

RE:     Cause No. 2020CVA001913D2

JOSE SALDIVAR
VS.
STRONGWAY INC, MALIK ABDUL ALEEM, GONCHAR VYACHESLAN

In the 111th District Court, Webb County, Texas

Dear Counsel:

Please be advised that the above-referenced is set for Hearing Liquidated Damages set for on this the 1st day of June, 2021 at 9:00 AM at the 111th Judicial District Court.

Should you have any questions, please feel free to contact our office.

Sincerely,

Abel Soliz
Civil Court Coordinator
111th District Court

Attorney Cary M. Toland (361) 883-7957

CAUSE NO. 2020 CVA 001913 D2



| | | |
|---|---|---|
| JOSE SALDIVAR, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 111TH JUDICIAL DISTRICT |
| | § | |
| STRONGWAY, INC, GONCHAR | § | |
| VYACHESLAN and MALIK ABDUL ALEEM, | § | |
| | § | |
| *Defendants.* | § | WEBB COUNTY, TEXAS |

---

## FINAL JUDGMENT AS TO STRONGWAY, INC.

---

ON THIS, the 16th day of <u>June</u>, 2021 came to be heard the above entitled and numbered cause wherein **JOSE SALDIVAR** was Plaintiff and **STRONGWAY INC. was** Defendant. Defendant having been found to be in default on March 3, 2021, failed to appear a second time, on April 15th, 2021, for hearing on unliquidated damages, despite having notice sent to his last known address and again wholly made default. There after the Court reset the present hearing for June 16, 2021 and again provided notice to last known address. Defendant failed to appear a third time. Plaintiff appeared in person by his Counsel-of-record and announced ready for trial/hearing on unliquidated damages.

The Court having considered and taken notice of all pleadings, return of service affidavit, medical costs affidavits (evidencing the reasonable and necessity of medical bills incurred), repair and value estimates, witness testimony regarding liability and

damages offered and entered into record, finds for the Plaintiff and awards damages as follows:

The Court, after good and sufficient evidence present, makes the following findings and awards damages for in favor of JOSE SALIVAR and ORDERS THAT THE DEFENDANT STRONGWAY INC. IS IN DEBT TO THE PLAINTIFF FOR THE FOLLOWING SUMS:

IT IS, ORDERED, ADJUDGED AND DECREED that JOSE SALDIVAR have and recover of and from **STRONGWAY INC.** the sum of:

1. Reasonable and necessary medical expenses in the past.

   *$41,048.84*

2. Medical expenses reasonably necessary in the future.

   **$129,000.00**

3. Past loss wages.

4. **$ 3000.00**

5. Physical impairment and loss of earning capacity in the future

   **$ 15.000.00**

6. Physical pain and mental anguish suffered in the past.

   **$ 200,000.00**

7. Physical pain and mental anguish suffered in the future.

   **$ 350,000.00**

---

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that JOSE
SALDIVAR have and recover of and from **STRONGWAY INC.** The sum of
**$738,048.84** with post-judgment interest thereon at the rate of five PERCENT (5%)
per annum from the date of this JUDGMENT until paid.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff JOSE
SALDIVAR is allowed such writs and processes which may be necessary in the
enforcement to collect on this JUDGMENT including collections from applicable MC 90 motor
carrier bond.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that JOSE SALDIVAR claims
against StrongWay Inc be severed from the remaining claims and defendants and proceed under
cause no _____, the clerk is instructed to transfer filed copies of
all pleadings, notices, service returns and affidavit to the new case, cause number.

ANY RELIEF NOT GRANTED IS EXPRESSLY DENIED.

SIGNED FOR ENTRY on this, the 1st day of _July_, 2021

_____
JUDGE PRESIDING

**COPIES:**
Cary M. Toland, CTOLAND@herrmanandherrman.com
Strongway Inc. via last known address, 3010 Eaton Avenue Ste B North Carolina 28079

A true copy of the original I certify
the ___ day of _July_, 20__
ESTHER DEGOLLADO
Clerk of the District Courts and
County Courts at Law Webb County, Texas
By _____ Deputy

| ABSTRACT OF JUDGMENT – Prop. Code Ch. 52 |
|---|

## CAUSE NO.  2021CVA001362D2

JOSE SALDIVAR                                          []                    IN THE
VS.                                                   []                    111TH DISTRICT COURT OF
STRONGWAY INC.                                        []                    WEBB COUNTY, TEXAS

Attorney for Plaintiff:


NAME OF PLAINTIFF IN JUDGMENT:    JOSE SALDIVAR
ADDRESS OF PLAINTIFF:       UNKNOWN
 NAME OF DEFENDANT IN JUDGMENT: STRONGWAY INC.
DATE OF JUDGMENT:           07/01/21
AMOUNT OF JUDGMENT:         $738,048.84 (SEVEN HUNDRED THIRTY EIGHT THOUSAND FORTY EIGHT
                            HUNDRED 84/100
RATE OF INTEREST:           5% POST JUDGMENT INTEREST PER ANNUM FORM THE DATE OF THIS
                            JUDGMENT UNTIL PAID.

Birth date and driver's license number of defendant, if available to clerk:
N/A

Defendant's address or place where citation was served:
**STRONGWAY INC**
**3010 EATON AVENUE STE B**
**NORTH CAROLINA 28079**


I, **ESTHER DEGOLLADO,** CLERK of the District Courts of Webb County, Texas, do hereby certify that the
above and foregoing is a true and correct **Abstract of the Judgment** rendered in said Court in the above
numbered and styled cause as it appears in the Records of said Court.

WITNESS my hand and seal of said court at office in Laredo, Webb County, Texas on this the 2nd day of
December, 2021.

                                        Esther Degollado, District Clerk
                                        Webb County, Texas
                                        By _____ Deputy
                                            Yesenia Rodriguez