AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | |
|---|---|
| JOSE SALDIVAR<br><br>*Plaintiff(s)*<br>v.<br>AMGUARD INSURANCE COMPANY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  5:22-CV-00053

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   AMGUARD INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TEXAS 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

CARY M. TOLAND
1201 THIRD STREET
CORPUS CHRISTI, TEXAS 78404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: June 9, 2022

*s/ Robert Tenorio*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:22-CV-00053

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                  *Server's signature*

                                           _____
                                                  *Printed name and title*

                                           _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

## CAUSE NO. 5:22-CV-00053

| | | |
|---|---|---|
| JOSE SALDIVAR | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | IN THE SOUTHERN DISTRICT OF TEXAS |
| | § | |
| AMGUARD INSURANCE COMPANY | § | |
| Defendant. | § | LAREDO DIVISION COUNTY,, TEXAS |

## AFFIDAVIT OF SERVICE

On this day personally appeared **MITCHELL DRAEGER** who, being by me duly sworn, deposed and said:

"The following came to hand on **Jun 13, 2022, 9:09 am,**

**SUMMONS IN CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT AND REQUEST FOR DECLARATORY JUDGMENT, EXHIBIT A - FINAL JUDGMENT AS TO STRONGWAY, INC. , EXHIBIT B - LETTER TO INSURANCE REQUESTING BOND PAYMENT, NOTICE OF LAST KNOWN ADDRESS FOR DEFENDANT, STRONGWAY, INC.,**

and was executed at **1999 Bryan Street Suite 900, Dallas, Tx 75201** within the county of **DALLAS** at **01:15 PM** on **Mon, Jun 13 2022,** by delivering a true copy to the within named

**AMGUARD INSURANCE COMPANY BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM, , BY DELIVERING IT TO TIERICA WILLIAMS, SOP INTAKE**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

**MITCHELL DRAEGER**
Certification Number: PSC 7995 EXP.12-31-2023
Certification Expiration:

**BEFORE ME,** a Notary Public, on this day personally appeared **MITCHELL DRAEGER,** known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON <u>JUNE 14, 2022</u>

_____

Notary Public, State of Texas



MALLORY J PERKINS
Notary Public
STATE OF TEXAS
ID#132087221
My Comm. Exp. July 16, 2023